Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
cslimandri@limandri.com
pjonna@limandri.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al., <br><br> Plaintiff, <br> vs. <br><br> THE CENTER FOR MEDICAL PROGRESS, et al., <br><br> Defendants. | Declaration of Paul M. Jonna, Esq. in Support of Motion to Compel Compliance with Document Subpoena Served on Deborah Nucatola in N.D. Cal Case No. 3:16-CV-00236 <br><br> C.D. Cal. L.R. 45-1, 37-2 |

I, Paul M. Jonna, declare as follows:

1. I am an attorney admitted to practice before all the courts of California, State and Federal. I am the Vice-President of Freedom of Conscience Defense Fund, and counsel of record for Defendants the Center for Medical Progress and David Daleiden in the above-entitled action. Accordingly, I have personal knowledge of the matters set forth below and could and would competently testify thereto if called upon to do so in Court. I make this declaration based on personal knowledge in support of Defendant CMP's Motion to Compel Compliance with Document Subpoena Served on Deborah Nucatola in N.D. Cal Case No. 3:16-CV-00236

2. Attached hereto as **Exhibit 1** is a true and correct copy of the operative First Amended Complaint in the underlying action, N.D. Cal Case No. 3:16-CV-00236.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from counsel for Plaintiffs, dated June 26, 2018.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant CMP's subpoena for production of documents to Deborah Nucatola, served on October 23, 2018.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a short email chain between counsel for CMP and counsel for Nucatola in which counsel for Nucatola confirms that he has accepted service on Nucatola's behalf, dated November 2, 2018.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a short email chain between counsel for CMP and counsel for Nucatola in which counsel agree to an extension of time for Nucatola to respond to the subpoena to early December, dated November 12, 2018.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Nucatola's objections and responses to the subpoena for production of documents, dated December 7, 2018.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an email chain between counsel regarding why Nucatola did not produce any documents, dated December 9, 2018.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a meet and confer letter sent by counsel for CMP, dated December 11, 2018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a meet and confer letter sent by counsel for Nucatola, dated December 14, 2018.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a meet and confer email chain between counsel, dated December 20, 2018.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the final meet and confer email chain between counsel, dated January 7 through January 20, 2019.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the orders in the underlying case setting and then modifying the pre-trial schedule.

I declare until penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on January 14, 2019.

*/s/ Paul M. Jonna*
Paul M. Jonna