# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA INC , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS DEBORAH NUCATOLA, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19−mc−00007<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

__1/14/2019__        ____        ____

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

A case−initiating document was submitted without payment of the full filing fee. Within two business days of this notice, counsel must pay the filing fee or file a request to proceed in forma pauperis; otherwise, the docket for this case number will be closed and no further filings will be permitted under this case number. The filing fee may be paid online by docketing the event "Pay Filing Fee."

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 15, 2019        By: _/s/ Edwin Sambrano  edwin_sambrano@cacd.uscourts.gov_
                Deputy Clerk