UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-mc-00007-AB(JCx) | | Date | February 12, 2019 |
|---|---|---|---|---|
| Title | Planned Parenthood Federation of America Inc, et al. v. Center for Medical Progress, et al. | | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | CS 02-12-19 | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Movants: | Attorney Present for Respondent: |
|---|---|
| Peter Breen | Perlette Michele Jura |

**Proceedings:**  **HEARING ON MOVANTS' MOTION TO COMPEL[1]**

Case called.   Counsel made their appearances.  The Court heard argument from counsel.  For reasons stated on the record, the Court determined that it had jurisdiction to consider the Motion to Compel ("Motion") and granted in part and denied in part the Motion as follows:

1.    The Court denied the Motion as to Document Request No. 8.

2.    The Court granted the Motion as to Document Request No. 10, as narrowed, and ordered Respondent, within fourteen (14) days, to produce any transcript of any interview/ deposition that was taken of her by the specified entity/entities during the time period of July 13, 2015 through December 31, 2016 that is available to her upon request from her counsel (*i.e.*, that such counsel possesses within the scope of its representation of Respondent and is within Respondent's control).[1]  The Court further ordered that any such production is subject to the protective order in the underlying Northern District of California action.  To the extent not covered by/encompassed within the existing protective order, the Court ordered that the production be limited to attorneys' eyes only absent further order of this Court or the Court presiding over the underlying Northern District of California action.

1 hr 7 mins<br>Initials of Deputy Clerk: KLH

---

[1]The Court noted that the Motion was moot to the extent it sought an order directing Respondent to conduct a search of her personal computer/personal emails and to produce any such transcript in her personal possession as the record reflects that Respondent has already conducted such search and has identified no such transcript in her personal possession.